United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Keith Jones,<br>       Plaintiff.<br>VS<br><br>Texas Pride Disposal Solutions, LLC, et al<br>       Defendants. | §<br>§<br>§      CIVIL ACTION NO. 4:22cv2883<br>§<br>§ |

### ORDER OF DISMISSAL

In accordance with the Joint Notice of Rule 41 Dismissal With Prejudice filed on February 10, 2023 (Doc. No. 27), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own costs and fees.

SIGNED at Houston, Texas, this ___23rd___ day of February 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE